# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 146 White Street, Danbury, CT 06810 | (203) 207-8600 | NOVEMBER 29, 2016 |

| | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
|---|---|---|
| ☒ Judicial District ☐ Housing Session ☐ G.A. Number: | Danbury | Major: C   Minor: 90 |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Rogin Nassau, LLC, 185 Asylum St., 22nd Fl., Hartford, CT 06103 | 101043 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| (860) 256-6300 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No
Email address for delivery of papers under Section 10-13 (if agreed to): dpurpura@roginlaw.com

Number of Plaintiffs: 1   Number of Defendants: 1   ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: OBERT, ERIC<br>Address: 1703 Revere Road, Danbury, CT 06811 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: TECH AIR OF CONNECTICUT, INC.   50 Mill Plain Rd., Danbury, CT 06851<br>Address: AGENT OF SERVICE: CT Corporation, One Corporate Center, Hartford, CT 06103 | D-01 |
| Additional Defendant | Name:<br>Address: | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left<br>Andrew W. Krevolin | Date signed<br>11/01/2016 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

RETURN DATE: NOVEMBER 29, 2016

| | |
|---|---|
| ERIC OBERT | : SUPERIOR COURT |
| | : |
| VS. | : J.D. OF DANBURY |
| | : |
| | : AT DANBURY |
| | : |
| TECH AIR OF CONNECTICUT, INC. | : NOVEMBER 1, 2016 |

## COMPLAINT

### COUNT ONE: (REFORMATION)

1. The plaintiff, Eric Obert ("Plaintiff"), is an individual who resides in Danbury, Connecticut.

2. The defendant, Tech Air of Connecticut, Inc. ("Defendant"), is a corporation existing under the laws of Connecticut with an address of 50 Mill Plain Road, Danbury, CT 06851.

3. At all relevant times hereto, Plaintiff was an employee of Defendant.

4. For consideration and in connection with his employment, Plaintiff entered into a Supplemental Retirement Plan with Defendant (the "Plan") effective January 1, 2007, whereby Defendant would obtain an insurance policy that would provide annual policy payouts for the benefit of the Plaintiff in his retirement.

5. Specifically, in connection with the Plan, Plaintiff was to receive payouts consisting of the amount that could be deducted from the insurance policy each year, plus an additional

amount equal to the estimated tax savings that would benefit Tech Air by making said payment to Plaintiff.

6. Prior to agreeing to the Plan, each illustration of estimated annual retirement benefits provided by Defendant to Plaintiff reflected that each payment would consist of an annual insurance policy payout in addition to an amount equal to the estimated tax savings that would benefit Defendant by making said payment to Plaintiff.

7. In September 2007 and again in December 2010, ownership and control of Defendant changed hands.

8. In 2016, upon turning 70 years old, Plaintiff retired and sought to receive benefits under the Plan.

9. Despite Defendant's representations and the parties' mutual understanding of the expected payment schedule, Defendant informed Plaintiff that the documents governing Plaintiff's Plan (the "Plan Documents") only entitled Plaintiff to the annual insurance policy payout, but not a payment for Tech Air's tax savings.

10. Prior to executing the Plan, both Plaintiff and Defendant understood that the payout schedule would consist of both the policy payout and the tax savings benefit that inured to Defendant.

2

11. That the Plan Documents do not reflect this understanding is the result of a mutual mistake.

12. As a result, the Plan Documents do not express the intent of the parties and do not conform to the real contract between the parties.

13. Accordingly, Plaintiff seeks the remedy of reformation of the Plan Documents to conform with the intent of the parties.

**COUNT TWO: (UNJUST ENRICHMENT)**

1-13. Paragraphs 1 through 13 of Count One are hereby incorporated and made Paragraphs 1 through 13 of Count Two, as if more fully set forth herein.

14. Despite demand, Defendant has failed and refused to remit the foregoing amounts in accordance with the parties' understanding at the time the Plan was entered into.

15. As a result, Defendant has unjustly benefitted, to Plaintiff's detriment, by not paying the required amounts equaling the tax benefits they have received by paying Plaintiff the policy amounts.

16. As a result, Plaintiff has incurred damages.

ROGIN NASSAU LLC • ATTORNEYS AT LAW
CITYPLACE I • HARTFORD, CONNECTICUT 06103-3460 • (860) 256-6300 • JURIS NO. 50793

**WHEREFORE**, Plaintiff claims the following relief:

1. Reformation of the Plan Document;

2. Money Damages;

3. Interest pursuant to Conn. Gen. Stat. § 37-3a and any other applicable statute against Defendant;

4. Fees and Costs, if applicable; and

5. Such other relief as the Court deems just and proper.

PLAINTIFF,
ERIC OBERT

By: _____
Andrew Krevolin
Rogin Nassau LLC
CityPlace I, 22nd Floor
185 Asylum Street
Hartford, CT  06103-3460
T: (860) 256-6300/F: (860) 278-2179
Juris No.: 050793

4

RETURN DATE: NOVEMBER 29, 2016

| | | |
|---|---|---|
| ERIC OBERT | : | SUPERIOR COURT |
| | : | |
| | : | J.D. OF DANBURY |
| VS. | : | |
| | : | AT DANBURY |
| | : | |
| TECH AIR OF CONNECTICUT, INC. | : | NOVEMBER 1, 2016 |

## AMOUNT IN DEMAND

The amount, legal interest or property in demand is greater than Fifteen Thousand Dollars, exclusive of interest and costs and equitable relief.

                                  PLAINTIFF,
                                  ERIC OBERT

By: _____
        Andrew Krevolin
        Rogin Nassau LLC
        CityPlace I, 22nd Floor
        185 Asylum Street
        Hartford, CT  06103-3460
        T: (860) 256-6300/F: (860) 278-2179
        Juris No.: 050793

ROGIN NASSAU LLC • ATTORNEYS AT LAW
CITYPLACE I • HARTFORD, CONNECTICUT 06103-3460 • (860) 256-6300 • JURIS NO. 50793